LYNN HUBBARD, III SBN 69773
SCOTTLYNN J HUBBARD, IV, SBN 212970
**LAW OFFICES OF LYNN HUBBARD**
12 WILLIAMSBURG LANE
CHICO, CA 95926
Telephone:  (530) 895-3252
Facsimile:    (530) 894-8244

Attorneys for Plaintiff

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| TONY HARRIS and BRENDA PICKERN | No. CIV.S 05-1252 LKK (GGH) |
|---|---|
| Plaintiffs, | **Request for Dismissal of One Defendant Only.** |
| vs. | |
| PETCO ANIMAL SUPPLIES, INC. dba PETCO #362; PAN PACIFIC DEVELOPMENT (CHICO), LLC; PAN PACIFIC RETAIL PROPERTIES, INC. | |
| Defendants. | |

TO THE COURT AND ALL PARTIES:

Plaintiff, TONY HARRIS and BRENDA PICKERN, requests the Court dismiss the above entitled action, without prejudice, **as to PAN PACIFIC DEVELOPMENT (CHICO), LLC only.**

Nothing in this Request for Dismissal shall be construed to affect plaintiff's complaint and claims in the above-referenced case against defendants other than defendant PAN PACIFIC DEVELOPMENT (CHICO), LLC.

Dated: August 16, 2005       LAW OFFICES OF LYNN HUBBARD

 /s/ Lynn Hubbard, Esquire       /
LYNN HUBBARD, III
Attorney for Plaintiff

IT IS SO ORDERED

Dated:  August 22, 2005       /s/Lawrence K. Karlton
Judge of the District Court