UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

TONY HARRIS and BRENDA PICKERN,

        Plaintiffs,

  v.

PETCO ANIMAL SUPPLIES, INC., dba PETCO #362; PAN PACIFIC DEVELOPMENT (CHICO), LLC; and PAN PACIFIC RETAIL PROPERTIES, INC.,

        Defendants.

NO. CIV. S-05-1252 LKK/GGH

O R D E R

The court is in receipt of the parties' request for dismissal of defendant Petco Animal Supplies, Inc. The parties, however, have failed to comply with Fed. R. Civ. P. 41(a). Accordingly, the court will disregard the aforementioned request for dismissal.

IT IS SO ORDERED.

DATED: November 16, 2005

                            /s/Lawrence K. Karlton
                            LAWRENCE K. KARLTON
                            SENIOR JUDGE
                            UNITED STATES DISTRICT COURT